# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SBTC HOLDINGS, LLC,<br><br>　　　　　　　　　Defendant. | Case No.: 3:18-cv-02124-H-BGS<br><br>**ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 10] |

On January 23, 2019, the parties filed a joint motion to dismiss this case as to all parties with prejudice. (Doc. No. 10.) The Court grants the motion and dismisses this case with prejudice. Each party shall bear their own respective attorneys' fees and costs of suit.

**IT IS SO ORDERED.**

DATED: January 23, 2019

　　　　　　　　　　　　　　　　　　／s／ Marilyn L. Huff
　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT